IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORSAGE COLLECTION, INC., | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| | : NO. 06-382 |
| v. | : |
| | : |
| GN DIAMOND, LLC, et al., | : |
| | : |
| Defendants. | : |

## **ORDER**

**AND NOW**, this 21st day of April 2011, upon consideration of Plaintiff Corsage Collection, Inc.'s Objections to the Report and Recommendation and Request for a Hearing (Doc. No. 140), and for the reasons stated in the Opinion of the Court filed this day, it is **ORDERED** that Plaintiff's Objections are **DENIED**.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.